UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| James Renwick Manship, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1843 |
| ) | |
| Navy Department *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Plaintiff moves for reconsideration of the Order filed October 12, 2007, dismissing this case, or for the Clerk to notice his appeal. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 60. Accordingly, it is this 29th day of January 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 5] is DENIED; and it is

FURTHER ORDERED that the Clerk shall notice plaintiff's appeal as of the date of this Order.

United States District Judge