# United States Court of Appeals
### For The District Of Columbia Circuit

**No. 08-5016**            **September Term 2007**

07cv01843

**Filed On:** June 24, 2008

James Renwick Manship,

    Appellant

    v.

Navy Department, et al.,

    Appellees

    **BEFORE:**    Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for reconsideration of the court's order filed April 16, 2008, styled as "Petition for Rehearing," it is

**ORDERED** that, to the extent appellant is seeking the appointment of counsel, that request be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for reconsideration be granted and the April 16, 2008 order dismissing this appeal for lack of prosecution be vacated. Appellant is directed to file his brief and appendix within 30 days of the date of this order. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail.

**Per Curiam**